**E-Filed 9/13/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MAPLEBROOK TOWNHOMES, LLC, | ) | Case No.: 10-CV-03688-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER EXTENDING DEADLINE TO |
| GREENBANK and/or its affiliates, officers, | ) | FILE RESPONSE TO ORDER TO |
| assigns or agents, THERETO, | ) | SHOW CAUSE |
| | ) | |
| Defendants. | ) | [re: docket no. 16] |

On August 27, 2010, the Court ordered the Plaintiff in this matter (impermissibly appearing pro se) to show cause why this case should not be dismissed by September 10, 2010. On September 9, 2010, counsel for Plaintiff appeared and filed a request to extend the deadline to respond to the OSC to September 17, 2010. This request is granted.

If they choose, Defendants may file a response to Plaintiff's September 17, 2010 filing by September 24, 2010.

**IT IS SO ORDERED.**

Dated: September 13, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CR-03688-LHK
ORDER EXTENDING DEADLINE TO FILE RESPONSE TO ORDER TO SHOW CAUSE