**E-Filed 9/20/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MAPLEBROOK TOWNHOMES, LLC, | ) | Case No.: 10-CV-03688-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER EXTENDING DEADLINES |
| GREENBANK and/or its affiliates, officers, assigns or agents, THERETO, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' agreement, Maplebrook LLC's response to the Order to Show Cause issued August 27, 2010 will be filed by September 23, 2010. Greenank's response, if any, will be filed by September 30, 2010. No further extensions to this schedule will be granted absent exceptional circumstances.

**IT IS SO ORDERED.**

Dated: September 20, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CR-03688-LHK
ORDER EXTENDING DEADLINES